UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANGIE SIKKEMA,                    ) | |
|     Plaintiff,             ) | |
| ) | No. 1:15-cv-494 |
| -v-                               ) | |
| ) | HONORABLE PAUL L. MALONEY |
| LIBERTY LIFE ASSURANCE COMPANY    ) | |
| OF BOSTON,                        ) | |
|     Defendant.            ) | |
| _____) | |

## JUDGMENT

In accordance with the opinion and order entered on this date (ECF No. 16), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:   September 6, 2016            /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                           United States District Judge