UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANGIE SIKKEMA,      )<br>　　　Plaintiff,      )<br>                    )<br>-v-                 )<br>                    )<br>LIBERTY LIFE ASSURANCE COMPANY )<br>OF BOSTON,          )<br>Defendant.          )<br>_____) | No. 1:15-cv-494<br><br>HONORABLE PAUL L. MALONEY |

## CORRECTED JUDGMENT

The parties have filed a stipulation with respect to damages, costs, and fees due to Plaintiff (ECF No. 20), consistent with the Court's opinion and order dated September 6, 2016. (ECF No. 16.) The Court mistakenly entered judgment prior to the parties' damages determination. (ECF No. 17.)

As provided in the stipulation (ECF No. 20 at PageID.1007–08), Defendant shall pay benefits to Plaintiff in the amount of $34,608.00, plus $180.00 in pre-judgment interest; Plaintiff is also awarded attorney fees in the amount of $27,000.00 and costs in the amount of $400.00.

Pursuant to Fed. R. Civ. P. 58 and 60, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:  September 28, 2016          /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　United States District Judge

1